# United States District Court
## Southern District of Georgia

Gerard J. Pugh

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-113

Honorable Sam Olsen

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order entered on September 16, 2019, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Petitioner's 28 U.S.C. § 2254 petition is DISMISSED as successive and Petitioner's Motion Finding Facts and Conclusion Law is DENIED AS MOOT. Further, any claims for monetary damages, as asserted in the context of his habeas petition, should be DISMISSED WITHOUT PREJUDICE. In addition, the Court DECLINES to issue a Certificate of Appealability ("COA") in this case. The Clerk of Court is DIRECTED to close this case.

Approved by: _____

September 16, 2019
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk