IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GERARD J. PUGH,  )
  )
    Petitioner,  )
  )
v.  ) CASE NO. CV419-113
  )
SAM OLSEN, Attorney General,  )
  )
    Respondent.  )
  )

## O R D E R

Before the Court is Petitioner Gerard Pugh's Motion for Reconsideration. (Doc. 18.) In the motion, Petitioner seeks reconsideration of this Court's order (Doc. 16) adopting the Magistrate Judge's Report and Recommendation (Doc. 3), and dismissing his 28 U.S.C. § 2254 petition as successive. After carefully reviewing Petitioner's motion and the record in this case, the Court can find no reason to disturb its prior order. Accordingly, Petitioner's motion (Doc. 18) is **DENIED**.

SO ORDERED this 17th day of October 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA